## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 8:16CB6 |
| ) | Violation Notice No. 4334979 NE22 |
| Plaintiff, ) | |
| vs. ) | ORDER |
| ) | |
| DARRYLL D. TIMPERLEY, ) | |
| Defendant. ) | |

IT IS ORDERED:

The court grants the defendant's request to extend the time in which to pay his fine. This matter is scheduled for hearing on July 26, 2016 at 9:00 a.m. in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall either pay the fine in full before this date or shall appear at hearing time, or a warrant shall issue for his arrest.

Dated this 27th day of June, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge